# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MILES, | ) Case No. CV 11-1630 MRW |
|       Plaintiff, | ) |
|   vs. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|       Defendant. | ) |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATE: August 27, 2012

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE